**ORIGINAL**

**FILED**

06/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0189

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0189

_____

DANNY LEE WARNER, JR.,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

_____

**FILED**

JUN 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Danny Lee Warner has filed a Motion for Reconsideration or Rehearing of the May 10, 2023 Order, dismissing his motion to take judicial notice, as moot. We deem his motion a petition for rehearing, pursuant to M. R. App. P. 20, because a motion for reconsideration does not exist in either the Montana Rules of Civil Procedure or Appellate Procedure. *Nelson v. Driscoll*, 285 Mont. 355, 359, 948 P.2d 256, 258 (1997). The State of Montana responds in opposition.

    Warner contends that this Court's prior Order is erroneous. Citing to the Montana Rules of Evidence, he advances "clear error" because, pursuant to M. R. E. 201 and 202, he should be able to file more documents after briefing has been completed. Warner concludes that this Court is operating under a mistake of law. M. R. App. P. 20(1)(a).

    The State requests denial of Warner's Motion for Reconsideration or Rehearing. The State puts forth that Warner should not be allowed to make factual or legal arguments to support his claim through a post-briefing motion. The State contends that Warner's request is disingenuous because he does not move this Court to take judicial notice of facts from the record but uses an after-briefing motion to bring in facts not part of the record.

    As an appellate court of review, this Court may only review the District Court record as well as the issues presented and argued in the filed briefs. M. R. App. P. 8(1) and 12. As explained before, Warner's filings after the completion of briefing and classification of this case have been improper. Therefore,

IT IS ORDERED that Warner's Motion for Reconsideration or Rehearing is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Danny Lee Warner Jr. personally.

DATED this 14th day of June, 2023.

For the Court,

By: _____

Chief Justice